# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

RECEIVED BY MAIL MAY 12 2016 CLERK, US DISTRICT COURT MINNEAPOLIS, MN

Harvey T Johnson Jr. Plaintiff(s),

(Enter the full name(s) of ALL plaintiff(s) and prisoner number(s) in this action.)

vs.

Case No. 16 cv 1268 PJS/BRT
(To be assigned by Clerk of District Court)

St. Louis County
Indian legal Aid

DEMAND FOR JURY TRIAL

YES ✗    NO ___

Defendant(s).

(Enter the full name(s) of ALL defendants in this action. Please attach additional sheets if necessary).

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER
42 U.S.C. § 1983**

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved

SCANNED MAY 12 2016 U.S. DISTRICT COURT MPLS

in this action or otherwise relating to your imprisonment in the last three years?
☒ Yes

☐ No

B. If you answer to (a) is "yes", describe each lawsuit in the space below.

   1. Parties to the previous lawsuit:

      Plaintiffs: Harvey Johnson

      Defendants: Barack obama, michelle obama
      Minnesota, United States

   2. Court (If federal court, name the district. If state court, name the state and county.):
   its in the mail I'm waiting For a File date I'm in county
   Jail waiting For last page of in Form de paper's St. louis county mailing
   3. Case Number: same day as the others & Form 5-6-16

   4. Name of judge assigned to the case:

   5. Cause of action (Cite the statute under which you filed and write a brief statement of the case):

   6. Disposition or final determination of the case (for example, dismissed or appealed).

   7. Approximate date of filing the lawsuit:

   8. Approximate date of disposition or final determination of the lawsuit:

***Attach a copy of the disposition or final determination of the lawsuit if it was filed in a court other than the U.S. District Court for the District of Minnesota.***

4

If there was more than one lawsuit, describe the additional lawsuits on a separate sheet of paper answering the same questions in the same order as above in Question 1(b). Label this information as Question 1(b).
Check here if additional sheets of paper are attached. ☐

II. PRESENT PLACE OF CONFINEMENT

A. Is there a prisoner grievance procedure in the institution? the State, St. Louis County + U.S.A are the institutions RICO Law

☒ Yes

☐ No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?

☒ Yes

☐ No

C. If you answered "yes" to question II.B.:
   1. What steps did you take: Filed for it on public Record 4-6-16 that I want to file charges in Minnesota And all employees the Judge And court recorder silenced me and bailiff took me away from the court
   2. What was the result? while in custody I filed 16 grievances all have been denied

   ***Attach a copy of the decision or disposition received from the prisoner grievance procedure.****

D. If you answered "no" to question II.B., explain why you did not present the facts relating to your complaint in a prisoner grievance procedure.

III. PARTIES

List your name, prisoner number, address and telephone number. Do the same for any additional plaintiffs. Attach an additional sheet of paper, if necessary.

A.   Name of Plaintiff: Harvey Jearld Johnson Jr

     Prisoner Number 22112

     Address 4334 Haines Rd Duluth MN 55811
             219 3rd St S Virginia MN 55792

5

Additional Plaintiffs:

Provide each defendant's full name, official position, and place of employment. Attach additional sheets of paper, if necessary.

B.   Name: St. louis County, Indian legal Aid/Assistance

Official Position: Corporations

Employer's Address:

Additional Defendants:

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper as II.A. for Plaintiffs and II.B. for Defendants.

IV. STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. Describe how each individual defendant is personally involved, including dates, places and specific wrongful acts or omissions by each defendant. Each factual allegation should be provided in separately lettered paragraphs, beginning with letter A. Do not make any legal arguments or cite any cases or statutes.

A. From 1992 - 2016 Rico laws, discrimination, crimes against humanity, civilly disabling me permanently, waste, Abuse, Fraud constructive, extortion, malpractice, misrepresentation, IMF waste, Fraud, Abuse, mental Physical anguish on a vulnerable adult, turning me into a refugee, Political refugee, Prisoner of war of my own State Nation, conspiracy to profit of my pain and misery my death, loss of life, liberty, Property, violating oath

6

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to as Additional Facts and continue to letter the paragraphs consecutively.**

## V. REQUEST FOR RELIEF

State briefly exactly what you want the Court to do for you. Do not make any legal arguments or cite any cases or statutes. Exoneration of past offences and current, All additional Relief available for Plaintiff, 1 million for every year Abused 1992-2016 Negotiable gold, silver, platinum, property, restraining order on all law enforcement & order for protection unless a issued warrent, only cheif's of police acception made, Bank of america account weekly payments compensation tax free to be apart & equal to ∔ in Society

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge, and belief.

Signed this 05 day of 06 , 20 16

Signature(s) of Plaintiff(s) _____

_____

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number.  Attach additional sheets of paper as necessary.